# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff/Respondent, | § | |
| | § | |
| v. | § | Cr. No. C-04-445 |
| | § | C.A. No. C-05-357 |
| MANUEL DOMINGUEZ-HERNANDEZ, | § | |
| | § | |
| Defendant/Movant. | § | |

## FINAL JUDGMENT

The Court enters final judgment denying defendant Manuel Dominguez-Hernandez's motion to vacate, set aside or correct sentence under 28 U.S.C. § 2255.

It is so ORDERED this 18th day of March, 2006.

_____
HAYDEN HEAD
CHIEF JUDGE